UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-248-1BR
No. 5:16-CV-232-BR

AMOS DAMAS, JR.,                         )

                          )

              Petitioner,   )

                          )

       v.                  )          ORDER

                          )

UNITED STATES OF AMERICA,    )

                          )

           Respondent.  )


Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing §

2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule

5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the

above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days

of the filing of this order.

This 31 May 2016.


_____

W. Earl Britt
Senior U.S. District Judge